RECEIVED

JUN 0 9 2000

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/12/00
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, <br> Plaintiff | * | CIVIL SUIT NO.: 1:00CV1218 A |
| | * | |
| VERSUS | * | JUDGE F.A. LITTLE, JR. |
| | * | |
| CHL ENTERPRISES, INC. D/B/A <br> LOEWER LAWN & CYCLE CENTER, <br> BOMBARDIER, INC., BOMBARDIER <br> MOTOR CORPORATION OF AMERICA, <br> AND BOMBARDIER CORPORATION, <br> Defendants | * | MAGISTRATE JAMES KIRK |

*********************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Plead; it is

ORDERED that plaintiff, David Johnson, be and is hereby granted an extension of time, until the **12** day of **July**, 2000, within which to respond to outstanding motions, and to conduct reasonable discovery prior to hearing of the class certificates issue.

ALEXANDRIA, LOUISIANA, this **12** day of **June**, 2000.

_____
HON. F.A. LITTLE, JR., U.S. DISTRICT JUDGE,
WESTERN DISTRICT OF LOUISIANA, ALEXANDRIA
DIVISION

COPY SENT:
DATE: 6-13-00
BY: Sen
TO: Townsend
Faircloth
Gauthier
Cook
Crews